

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ARACELI NAVA A/K/A ARACELI MARRUFO-NAVA, | § | No. 08-14-00226-CR |
| | § | Appeal from the |
| Appellant, | § | 346th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20140D01257) |
| State. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Reply Brief third motion for extension of time within which to file the brief until **November 6, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before November 6, 2015.

IT IS SO ORDERED this 8th day of October, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.